# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANAYELI MOREIRA, et al. : | |
| : | |
| : | |
| v. : | CIVIL ACTION NO. 19-CV-1642 |
| : | |
| L. FRANCIS CISSNA, *et al.*, : | |
| : | |

## ORDER

**AND NOW**, this 3rd day of March, 2020, upon consideration of Defendants' motion to dismiss and all responsesd and relpies therteto, it is hereby **ORDERED** that:

1. The Motion to Dismiss [Doc. 29] is **GRANTED**.

2. The Complaint is **DISMISSED** with prejudice.

3. The Clerk shall mark this case closed.

                                        **BY THE COURT:**

                                        **/s/ Jeffrey L. Schmehl**
                                          JEFFREY L. SCHMEHL, J.